*Mr. James Donovan, Attorney General,* for the State.

No. 1,670.—IN RE ALLPORT'S ESTATE. KARL KLEIN-SCHMIDT, JR., APPELLANT.

*Appeal from District Court, Lewis and Clarke County; S. H. McIntire, Judge.*

Decided October 13, 1903.

PER CURIAM.—This cause having been set for hearing this day, and it appearing that no briefs have been filed herein; it is ordered that this appeal be and the same is hereby dismissed.

*Mr. W. E. Carroll,* for Appellant.